IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH COUSART, CHRISTOPHER COUSART | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4900 |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | |

# ORDER

**AND NOW**, this 31st day of January 2023, upon considering Defendant's partial Motion to dismiss the bad faith claim (ECF Doc. No. 19), Plaintiffs' Response (ECF Doc. No. 21), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's partial Motion (ECF Doc. No. 19) is **GRANTED** and we **DISMISS** the Plaintiffs' claim for bad faith without prejudice.

_____
KEARNEY, J.